**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter ___**11**___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Gouger Oil Company LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

3. **Debtor's federal Employer Identification Number (EIN)**

 7  4  –  2  8  5  5  0  9  3

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **17 Bitterblue Lane**<br>Number      Street | _____<br>Number      Street |
| _____ | P.O. Box |
| **San Antonio**          **TX**   **78218**<br>City          State   ZIP Code | _____<br>City          State   ZIP Code |
| **BEXAR**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number      Street |
| | _____<br>City          State   ZIP Code |

5. **Debtor's website (URL)**          _____

6. **Type of debtor**

 ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
 ☐ Partnership (excluding LLP)
 ☐ Other. Specify: _____

Debtor **Gouger Oil Company LLC**          Case number (if known) _____

| | |
|---|---|
| **7. Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Gouger Oil Company LLC**                                              Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
                                        MM / DD / YYYY

District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes. Debtor _____ Relationship _____

List all cases. If more than 1, attach a separate list.

District _____ When _____
                                        MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
                                        MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **Gouger Oil Company LLC**      Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                 Number       Street

_____

_____
                                   City                  State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

           Contact name _____

           Phone _____

---

## ▮ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor **Gouger Oil Company LLC**       Case number (if known) _____

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/15/2023**
        MM / DD / YYYY

X **/s/ Thomas M. Gouger, III**
Signature of authorized representative of debtor

**Thomas M. Gouger, III**
Printed name

**Manager**
Title

**18. Signature of attorney**

X **/s/ MICHAEL G. COLVARD**      Date **12/15/2023**
Signature of attorney for debtor        MM / DD / YYYY

**MICHAEL G. COLVARD**
Printed name

**Martin & Drought, P.C.**
Firm name

**Weston Centre**
Number    Street

**112 East Pecan Street**

**San Antonio**       **TX**     **78205**
City        State    ZIP Code

**(210) 227-7591**       **mcolvard@mdtlaw.com**
Contact phone       Email address

**04629200**
Bar number       State

**Fill in this information to identify the case**

Debtor name  **Gouger Oil Company LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Business Checking account - Anchor Energy** | **Checking account** | **5  3  0  1** | **Unknown** |

4.  **Other cash equivalents**   *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

**$0.00**

### Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Debtor    __**Gouger Oil Company LLC**__          Case number (if known) _____
          Name

**7.  Deposits, including security deposits and utility deposits**

Current value of debtor's interest

Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

| |
|---|
| **$0.00** |

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

Current value of debtor's interest

**11.  Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **$26,000.00** | – | **$0.00** | = ............ ➜ | **$26,000.00** |
| 11b. Over 90 days old: | **$0.00** | – | **$0.00** | = ............ ➜ | **$0.00** |

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| |
|---|
| **$26,000.00** |

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

| |
|---|
| **$0.00** |

## Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

Debtor  **Gouger Oil Company LLC**_____     Case number (if known) _____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.                                    | **$0.00** |

**24.  Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops--either planted or harvested** | | | |
| **29.  Farm animals**  *Examples:*  Livestock, poultry, farm-raised fish | | | |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |

**33.  Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.                                    | **$0.00** |

**34.  Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor  __**Gouger Oil Company LLC**__  Case number (if known) _____
       Name

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| $0.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| |
|---|
| $0.00 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor    __**Gouger Oil Company LLC**_____    Case number (if known) _____
          Name

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Working interest of undetermined value**<br>**Working interest of undetermined value** | **Future well contair** | | | **$100,000.00** |

**56.  Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| | **$100,000.00** |
|---|---|

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

**66.  Total of Part 10.**
   Add lines 60 through 65.  Copy the total to line 89.

| | **$0.00** |
|---|---|

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

Debtor    **Gouger Oil Company LLC**                                      Case number (if known) _____
          Name

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 11:  All other assets**

---

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.

☐ Yes.  Fill in the information below.

Current value of
debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78. Total of Part 11.**

Add lines 71 through 77.  Copy the total to line 90.

$0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    **Gouger Oil Company LLC**
          Name

Case number (if known) _____

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $26,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................➔ | | $100,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | $26,000.00  +  91b. | $100,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.......................................................................  | **$126,000.00**

**Fill in this information to identify the case:**

Debtor name    **Gouger Oil Company LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more
   than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral<br>that supports<br>this claim** |
| --- | --- | --- |

**2.1**

| **Creditor's name** | **Describe debtor's property that is**<br>**subject to a lien** | | |
| --- | --- | --- | --- |
| _____ | _____ | _____ | _____ |
| **Creditor's mailing address** | **Describe the lien** | | |
| _____ | _____ | | |
| _____ | **Is the creditor an insider or related party?** | | |
| _____ | ☐ No | | |
| | ☐ Yes | | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?** | | |
| _____ | ☐ No | | |
| **Date debt was incurred** _____ | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account**<br>**number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
| **Do multiple creditors have an interest in**<br>**the same property?** | ☐ Contingent | | |
| ☐ No | ☐ Unliquidated | | |
| ☐ Yes. Specify each creditor, including this<br>creditor, and its relative priority. | ☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the**
   **Additional Page, if any.**        **$0.00**

**Fill in this information to identify the case:**

Debtor    **Gouger Oil Company LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1**    Priority creditor's name and mailing address

**Bexar County Tax Assessor-Collector**

**P.O.Box 2903**

_____

**San Antonio**    **TX**    **78299-2903**

Date or dates debt was incurred

_____

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$0.00**    Priority amount: **$0.00**

**2.2**    Priority creditor's name and mailing address

**Internal Revenue Service**

**P. O. Box 7346**

_____

**Philadelphia**    **PA**    **19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$0.00**    Priority amount: **$0.00**

Debtor   **Gouger Oil Company LLC**                                    Case number (if known) _____

| Part 1: | Additional Page |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.3**  Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

**P.O. Box 13528**

**Austin**              **TX**      **78711-3528**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(__**8**__)

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Notice Only**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$0.00**    Priority amount: **$0.00**

---

**2.4**  Priority creditor's name and mailing address

**United States Attorney**

**Taxpayer Division**

**601 NW Loop 410, Suite 600**

**San Antonio**          **TX**      **78216-5512**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(__**8**__)

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Notice Only**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$0.00**    Priority amount: **$0.00**

---

**2.5**  Priority creditor's name and mailing address

**United States Attorney General**

**950 Pennsylvania Ave., NW**

**Washington**          **DC**      **20530-0001**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(__**8**__)

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Notice Only**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$0.00**    Priority amount: **$0.00**

Debtor    **Gouger Oil Company LLC**                                  Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |

*Check all that apply.*

**Alison Sanz**

**4225 50th Ave. South #205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Seattle**                    **WA**    **98118**     **Sullivan Royalty Owner**

Date or dates debt was incurred    _____    Is the claim subject to offset?

☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |

*Check all that apply.*

**Amy V. Smith**

**2133 Nodding Pines Dr.**

**Apt. 1109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Corpus Christi**          **TX**    **78414**     **Sullivan Royalty Owner**

Date or dates debt was incurred    _____    Is the claim subject to offset?

☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |

*Check all that apply.*

**Anne Marie Mitchell Gorman**

**P.O. Box 187**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Marfa**                      **TX**    **79843**     **Sullivan Royalty Owner**

Date or dates debt was incurred    _____    Is the claim subject to offset?

☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |

*Check all that apply.*

**Ayanna P. Mitchell**

**4520 York**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Witchita Falls**          **TX**    **76309**     **Sullivan Royalty Owner**

Date or dates debt was incurred    _____    Is the claim subject to offset?

☑ No
Last 4 digits of account number    __ __ __ __    ☐ Yes

Debtor **Gouger Oil Company LLC**  Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.5** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Billie Earl Lynn**

☐ Contingent

**540 Bensdale**

☐ Unliquidated
☐ Disputed

Basis for the claim:

**Pleasanton                TX      78064**   **Sullivan Royalty Owner**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

**Unknown**

---

**3.6** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Blaire A. Bisbey, Trustee**

☐ Contingent

**P.O. Box 1002**

☐ Unliquidated
☐ Disputed

Basis for the claim:

**Beech Grove              TX      75951**   **Sullivan Royalty Owner**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

**Unknown**

---

**3.7** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Bruce Robert York**

☐ Contingent

**8210 SE 33rd Pl.**

☐ Unliquidated
☐ Disputed

Basis for the claim:

**Mercer Island            WA      98040**   **Sullivan Royalty Owner**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

**Unknown**

---

**3.8** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Candida Lara**

☐ Contingent

**P.O. Box 472**

☐ Unliquidated
☐ Disputed

Basis for the claim:

**Mathis                   TX      78368**   **Sullivan Royalty Owner**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☒ No
☐ Yes

**Unknown**

Debtor  **Gouger Oil Company LLC**                    Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

**Carol Lyne Dolan**

**P.O. Box 1578**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**George West**          **TX**    **78022**

Basis for the claim:

**Sullivan Royalty Owner**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  ☑ No
☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

**Cindy S. Ybarra**

**3201 Hollywood Ave.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Austin**          **TX**    **78722**

Basis for the claim:

**Sullivan Royalty Owner**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  ☑ No
☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

**Dana Smith**

**3007 Flamingoi Drive**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Victoria**          **TX**    **77901**

Basis for the claim:

**Sullivan Royalty Owner**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  ☑ No
☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

**Daphne Smith**

**830 Coronado Circle**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Pagosa Springs**          **CO**    **81147**

Basis for the claim:

**Sullivan Royalty Owner**

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  ☑ No
☐ Yes

Debtor  **Gouger Oil Company LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.13 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                                              **Unknown**

**Darla Smith Donaldson**

**19391 De Marco Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Riverside              CA     92508**                 **Sullivan Royalty Owner**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __          ☑ No
                                                       ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                                              **Unknown**

**David Jennings**

**14898 Pommel**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sisters              OR     97759**                   **Sullivan Royalty Owner**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __          ☑ No
                                                       ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                                              **Unknown**

**Deborah L. Pawlik**

**310 FM 1596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**George West              TX     78022**               **Sullivan Royalty Owner**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __          ☑ No
                                                       ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                                                              **Unknown**

**Edgar Pat O'Neal**

**P.O. Box 780999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**San Antonio              TX     78278-0999**          **Sullivan Royalty Owner**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __          ☑ No
                                                       ☐ Yes

Debtor  **Gouger Oil Company LLC**                                   Case number (if known)

---

**Part 2:**     **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Edgar Pat O'Neal**

☐ Contingent

**P.O. Box 780999**

☐ Unliquidated

☐ Disputed

Basis for the claim:

**San Antonio**          **TX**     **78278-0999**     **Sullivan Royalty Owner**

Date or dates debt was incurred                     Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __     ☑ No
                                                 ☐ Yes

**Unknown**

---

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Edith K. Muennink**

☐ Contingent

**P.O. Box 17205**

☐ Unliquidated

☐ Disputed

Basis for the claim:

**San Antonio**          **TX**     **78217**     **Sullivan Royalty Owner**

Date or dates debt was incurred                     Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __     ☑ No
                                                 ☐ Yes

**Unknown**

---

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Energy Gas Compression, Ltd.**

☐ Contingent

**2020 N. Lexington Blvd.**

☐ Unliquidated

☐ Disputed

Basis for the claim:

**Corpus Christi**          **TX**     **78409**     **ACCOUNT BALANCE**

Date or dates debt was incurred                     Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __     ☑ No
                                                 ☐ Yes

**$11,500.00**

---

| 3.20 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Eric R. Johnson**

☐ Contingent

**124 NW 36th Street**

☐ Unliquidated

☐ Disputed

Basis for the claim:

**Lawton**          **OK**     **73505**     **Sullivan Royalty Owner**

Date or dates debt was incurred                     Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __     ☑ No
                                                 ☐ Yes

**Unknown**

---

Debtor  __**Gouger Oil Company LLC**_____  Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

__Unknown__

__Ernest J. Brown_____

☐ Contingent

__331 W. Frink Road_____

☐ Unliquidated
☐ Disputed

_____

Basis for the claim:

__Mcalester_____ OK____ 74501___

__Sullivan Royalty Owner_____

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

__Unknown__

__Frank Malone_____

☐ Contingent

__c/o Grady Malone_____

☐ Unliquidated

__425 Garfield_____

☐ Disputed

_____

Basis for the claim:

__Corpus Christi_____ TX____ 78408___

__Sullivan Royalty Owner_____

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

__$35,000.00__

__George Cowden, Attorney_____

☐ Contingent

__17319 San Pedro Avenue_____

☐ Unliquidated

__Suite 120_____

☐ Disputed

_____

Basis for the claim:

__San Antonio_____ TX____ 78232-1412___

__ACCOUNT BALANCE_____

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

__Unknown__

__Huberta S. Boyd_____

☐ Contingent

__50 Townhouse Lane_____

☐ Unliquidated
☐ Disputed

_____

Basis for the claim:

__Corpus Christi_____ TX____ 78412___

__Sullivan Royalty Owner_____

Date or dates debt was incurred  _____

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☒ No
☐ Yes

Debtor  **Gouger Oil Company LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.25** | Nonpriority creditor's name and mailing address

**J.R. Schneider**

**10642 Newcroft Place**

_____

**Helotes**                    **TX**    **78230**

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sullivan Royalty Owner**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.26** | Nonpriority creditor's name and mailing address

**James B. Gouger Trust**

**630 W. Castano Ave.**

_____

**San Antonio**                **TX**    **78209**

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sullivan Royalty Owner**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.27** | Nonpriority creditor's name and mailing address

**James Lonnie Conahan**

**2050 N. Webb Rd.**

**Apt. 227**

**Wichita**                    **KS**    **67206**

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sullivan Royalty Owner**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.28** | Nonpriority creditor's name and mailing address

**James Tausch**

**690 Fountain View Lane**

_____

**League City**                **TX**    **77573**

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sullivan Royalty Owner**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

Debtor __**Gouger Oil Company LLC**__     Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.29** **Nonpriority creditor's name and mailing address**

__Janice Irene Ostermeyer__

__40106 E. 251 St.__

_____

__Garden City__          __MO__     __64747__

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Sullivan Royalty Owner__

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

---

**3.30** **Nonpriority creditor's name and mailing address**

__Jared Moore__

__Cotton Bledsoe Tighe & Dawson__

__500 Illinois Avenue__

__Midland__          __TX__     __79701__

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__ACCOUNT BALANCE__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$38,000.00**

---

**3.31** **Nonpriority creditor's name and mailing address**

__Jeffrey L. Smith__

__13095 Fieldstone Loop__

_____

__Austin__          __TX__     __78737__

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Sullivan Royalty Owner__

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

---

**3.32** **Nonpriority creditor's name and mailing address**

__Jimmy Jennings__

__930 Park Avenue__

_____

__Medford__          __OR__     __97501__

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Sullivan Royalty Owner__

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

Debtor   **Gouger Oil Company LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.33**    **Nonpriority creditor's name and mailing address**

**Joan Darlene Heitzeberg**

**2587 Overview Place**

_____

**Boise**      **ID**    **83702**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Sullivan Royalty Owner**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

**3.34**    **Nonpriority creditor's name and mailing address**

**John Monty Lyne**

**P.O. Box 339**

_____

**George West**      **TX**    **78022**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Sullivan Royalty Owner**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

**3.35**    **Nonpriority creditor's name and mailing address**

**John R. Svadlenak**

**991 Windemere Drive**

_____

**Salem**      **OR**    **97304**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Sullivan Royalty Owner**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

**3.36**    **Nonpriority creditor's name and mailing address**

**Judy R. Troell**

**7501 CR 261**

_____

**Zephyr**      **TX**    **76890**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Sullivan Royalty Owner**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

Debtor   **Gouger Oil Company LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address |
|---|---|

**Kathleen A M Hawkins, Co-Trustee of The**

**Nancy Leigh Mitchell GST Trust**

**175 Rio Vist Road**

| **Ingram** | **TX** | **78025** |
|---|---|---|

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sullivan Royalty Owner**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

| 3.38 | Nonpriority creditor's name and mailing address |
|---|---|

**Laurie Newsome**

**818 Seabright Terrace**

| **Midlothian** | **VA** | **23114** |
|---|---|---|

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sullivan Royalty Owner**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

| 3.39 | Nonpriority creditor's name and mailing address |
|---|---|

**Loree Dean Svadlenak**

**P.O. Box 718**

| **Taft** | **TX** | **78390** |
|---|---|---|

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sullivan Royalty Owner**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

| 3.40 | Nonpriority creditor's name and mailing address |
|---|---|

**Lyod W. Tapp**

**101 Mundi Rd.**

| **Azle** | **TX** | **76020** |
|---|---|---|

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sullivan Royalty Owner**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

Debtor    **Gouger Oil Company LLC**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.41**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*                                                   **Unknown**

**Margaret Jennings Hite**

**381 Elm Grove**
☐ Contingent
☐ Unliquidated
☐ Disputed

**McGregor**                 **TX**    **76657**

Basis for the claim:
**Sullivan Royalty Owner**

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __
☑ No
☐ Yes

**3.42**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*                                                   **Unknown**

**Mark E. Smith**

**P.O. Box 283**
☐ Contingent
☐ Unliquidated
☐ Disputed

**George West**               **TX**    **78022**

Basis for the claim:
**Sullivan Royalty Owner**

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __
☑ No
☐ Yes

**3.43**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*                                                   **Unknown**

**Martha J. Travers**

**10812 Wagner Road**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Snohomish**                 **WA**    **98290**

Basis for the claim:
**Sullivan Royalty Owner**

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __
☑ No
☐ Yes

**3.44**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*                                                   **$45,000.00**

**Mesa Southern Well Service LP**

**1437 E. Street**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Joudanton**                 **TX**    **78026**

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __
☑ No
☐ Yes

Debtor  **Gouger Oil Company LLC**                    Case number (if known)  _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.45** Nonpriority creditor's name and mailing address

**Mike Lysse**

**Lysse Gauging Services**

**P.O. Box 366**

**George West**          **TX**      **78022**

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,400.00**

---

**3.46** Nonpriority creditor's name and mailing address

**Mitchell Farm Trust**

**P.O. Box 211**

**Calera**          **OK**      **74730**

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sullivan Royalty Owner**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.47** Nonpriority creditor's name and mailing address

**Mitzi Staewen**

**15 Cheshire Court**

**San Antonio**          **TX**      **78218**

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sullivan Royalty Owner**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.48** Nonpriority creditor's name and mailing address

**Moran-Lavaca, LLC**

**P.O. Box 4848**

**Shreveport**          **LA**      **71134**

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Contract/Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**Letter Agreement dated June 4, 2019**

---

Debtor     **Gouger Oil Company LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.49 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Mrs. Sandra E. Adams**

**1224 Belmon St.**

_____

**Alice**                    **TX**      **78332**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sullivan Royalty Owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

---

| 3.50 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Nancy Cunningham**

**P.O. Box 513**

_____

**Nocona**                   **TX**      **76255-0513**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sullivan Royalty Owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

---

| 3.51 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Neal Raymond Lubinski**

**P.O. Box 843**

_____

**Manor**                    **TX**      **78653**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sullivan Royalty Owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

---

| 3.52 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Norman Alston**

**250 County Road 498**

_____

**Sweeny**                   **TX**      **77480**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sullivan Royalty Owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

Debtor  **Gouger Oil Company LLC**                              Case number (if known) _____

---

**Part 2:    Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.53**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Oil Patch Group, Inc.**

**991 Industrial Park Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Basis for the claim: **Plaintiff 2020CI07715**

**Victoria**                    **TX**      **77905**

Date or dates debt was incurred      _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| | |
|---|---|
| **3.54**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Pamela Gouger**

**115 Steel Valley Drive**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Basis for the claim: **Sullivan Royalty Owner**

**Boerne**                    **TX**      **78006**

Date or dates debt was incurred      _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| | |
|---|---|
| **3.55**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Patricia Holley**

**11614 N.W. 2nd Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Basis for the claim: **Sullivan Royalty Owner**

**Coral Springs**                    **FL**      **33071**

Date or dates debt was incurred      _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| | |
|---|---|
| **3.56**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Paula Christine Mitchell Welder**

**100 E. Hutchinson Street, No. 125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Basis for the claim: **Sullivan Royalty Owner**

**Beevile**                    **TX**      **78102**

Date or dates debt was incurred      _____

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

Debtor __**Gouger Oil Company LLC**_____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.57 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$19,085.00**

**Petroleum Producing Services, LLC**

**P.O. Box 4233**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Alice**                    **TX**      **78333**

**Basis for the claim:**
**ACCOUNT BALANCE**

Date or dates debt was incurred         _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Unknown**

**Randall  Nevill**

**456 FM 2789**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DeKalb**                **TX**      **75579**

**Basis for the claim:**
**Sullivan Royalty Owner**

Date or dates debt was incurred         _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Unknown**

**RAYMOND CUNNINGHAM**

**816 Saddlewood Blvd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Kerrville**              **TX**      **78028**

**Basis for the claim:**
**Sullivan Royalty Owner**

Date or dates debt was incurred         _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Unknown**

**REBECCA CUNNINGHAM CLARK**

**3811 SHOREWOOD DRIVE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**ARLINGTON**          **TX**      **76016**

**Basis for the claim:**
**Sullivan Royalty Owner**

Date or dates debt was incurred         _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor __**Gouger Oil Company LLC**_____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

| **3.61** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Richard Albert Kuhn**

**1295 Bordousky Road**

_____

**La Grange**                    **TX        78945**

Date or dates debt was incurred                    _____

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sullivan Royalty Owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

---

| **3.62** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Robert J. Kuhn Estate**

**P.O. BOX 532**

_____

**Bastrop**                    **TX        78602**

Date or dates debt was incurred                    _____

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sullivan Royalty Owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

---

| **3.63** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Ronny Gene Altman, Trustee**

**15 West Sixth St.  #2301**

_____

**Tulsa**                    **OK        74119-5457**

Date or dates debt was incurred                    _____

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sullivan Royalty Owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

---

| **3.64** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Rufus R. Lyne**

**P.O. Box 518**

_____

**George West**                    **TX        78022**

Date or dates debt was incurred                    _____

Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sullivan Royalty Owner**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Unknown**

Debtor  __Gouger Oil Company LLC__  Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.65 | Nonpriority creditor's name and mailing address | | $7,636.32 |

__RWLS LLC__

__P.O. Box 862__

__Levelland__          __TX__   __79336__

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__ACCOUNT BALANCE__

Is the claim subject to offset?
☑ No
☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | | Unknown |

__Sandhya Gouger__

__315 Ricardo Place__

__La Jolla__          __CA__   __92037__

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Sullivan Royalty Owner__

Is the claim subject to offset?
☑ No
☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | | Unknown |

__Sara Lyne McSpadden__

__4105 86th Street__

__Lubbock__          __TX__   __79423__

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Sullivan Royalty Owner__

Is the claim subject to offset?
☑ No
☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | | Unknown |

__STEVEN R. SVADLENAK__

__624 Romany Road__

__Kansas City__          __MI__   __64113__

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Sullivan Royalty Owner__

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Gouger Oil Company LLC**        Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.69**   Nonpriority creditor's name and mailing address                            $697.65

**Stone Trucking Co. Inc.**

**P.O. Box 277**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**George West**          **TX**    **78022**

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred          _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.70**   Nonpriority creditor's name and mailing address                            **Unknown**

**Terry K. Smith**

**PO Box 543**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**George West**          **TX**    **78022**

Basis for the claim:
**Sullivan Royalty Owner**

Date or dates debt was incurred          _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.71**   Nonpriority creditor's name and mailing address                            $1,213.92

**Texas Downhole Tools**

**164 Leeper Lane**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Victoria**          **TX**    **77904**

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred          _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.72**   Nonpriority creditor's name and mailing address                            **Unknown**

**The Conahan-Guynn Living Trust**

**203 Potter Lane**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Georgetown**          **TX**    **78633**

Basis for the claim:
**Sullivan Royalty Owner**

Date or dates debt was incurred          _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor __**Gouger Oil Company LLC**_____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.73 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**Tom M. Gouger III**

**17 Bitterblue Lane**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Unknown**

**San Antonio**      **TX**    **78218**

Basis for the claim:
**Sullivan Royalty Owner**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**Tom Malone**

**5513 E. Partridge Lane**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Unknown**

**N. Little Rock**      **AR**    **72118-1716**

Basis for the claim:
**Sullivan Royalty Owner**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**Tracey L. Smith**

**19908 Bluehill Pass**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Unknown**

**Helotes**      **TX**    **78023**

Basis for the claim:
**Sullivan Royalty Owner**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**W.R. RUTHFORD SR FAMILY BENEVOLENT TRUST**

**22406 Crescent Cove Ct.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Unknown**

**Katy**      **TX**    **75007**

Basis for the claim:
**Sullivan Royalty Owner**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor  **Gouger Oil Company LLC**

Case number (if known) _____

## Part 2:  Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.77 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Unknown**

**William A. Smith II**

**PO Drawer 1520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**George West**          **TX**    **78022**

**Sullivan Royalty Owner**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Unknown**

**William R. Rutherford**

**25026 Almond Orchard Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Katy**          **TX**    **77494**

**Sullivan Royalty Owner**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Unknown**

**William R. Smith, Jr.**

**14022 Pinerock**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Houston**          **TX**    **77079**

**Sullivan Royalty Owner**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Unknown**

**Wm A. Rookstool Trust 4/01/91**

**3900 Cactus Court**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Edmond**          **OK**    **73013**

**Sullivan Royalty Owner**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

| Debtor | **Gouger Oil Company LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.81 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Unknown**

**XTO Energy**

**P.O. Box  840780**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Dallas** | **TX** | **75284-0780** |
|---|---|---|

**Sullivan Royalty Owner**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

Debtor    **Gouger Oil Company LLC**                                Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.    List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1  Dominque Hawkins**<br>**Brent Dore**<br>**Dore Rothberg Law PC**<br>**16225 Park Ten Place, Suite 700**<br>**Houston          TX     77084** | Line  **3.44**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.2  Jeremy J. Sanders**<br>**952 Echo Lane, Ste. 380**<br><br>**Houston          TX     77024** | Line  **3.53**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.3  Robert E. Jenkins**<br>**2221 Justin Rd. #119-480**<br><br>**Flower Mound      TX     75028** | Line  _____<br><br>☑ Not listed.  Explain:<br>**Post-Judgment Receiver** | __ __ __ __ |
| **4.4  Wesley O. Pool**<br>**Pool Law Firm, P.C.**<br>**201 Innsdale Terrace**<br><br>**Clovis            NM     88101-3061** | Line  **3.48**<br><br>☐ Not listed.  Explain: | __ __ __ __ |

Debtor    **Gouger Oil Company LLC**          Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|--|--|--|---------------------------|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $167,532.89 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $167,532.89 |

**Fill in this information to identify the case:**

Debtor name **Gouger Oil Company LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known) _____  Chapter **11**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.   Does the debtor have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2.   List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement dated June 4, 2019 | Moran-Lavaca, LLC |
| | | | P.O. Box 4848 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Shreveport          LA       71134 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Operating Agreement dated May 1, 1999 | Moran-Lavaca, LLC |
| | | | P.O. Box 4848 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Shreveport          LA       71134 |

**Fill in this information to identify the case:**

Debtor name **Gouger Oil Company LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **Gouger Oil Company LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1:     Summary of Assets

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.   **Real property:**
        Copy line 88 from Schedule A/B............................................................................. | **$100,000.00**

    1b.   **Total personal property:**
        Copy line 91A from Schedule A/B........................................................................... | **$26,000.00**

    1c.   **Total of all property**
        Copy line 92 from Schedule A/B............................................................................ | **$126,000.00**

### Part 2:     Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..................................... | **$0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.   **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F............................................. | **$0.00**

    3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | **+ $167,532.89**

4.   **Total liabilities**
    Lines 2 + 3a + 3b............................................................................................................ | **$167,532.89**

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
<tr><td>Debtor Name</td><td><strong>Gouger Oil Company LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>WESTERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**12/15/2023**__          X **/s/ Thomas M. Gouger, III**
       MM / DD / YYYY          Signature of individual signing on behalf of debtor

                              **Thomas M. Gouger, III**
                              Printed name
                              **Manager**
                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Gouger Oil Company LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

   ☑ None

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

   ☑ None

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

   ☑ None

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

   ☑ None

Debtor    **Gouger Oil Company LLC**        Case number (if known) _____
<br>Name

**6.**   **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| **Part 3:** | **Legal Actions or Assignments** |
| --- | --- |

**7.**   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | Oil Patch Group, Inc. v. Gouger Oil Company LLC | | **131st District Court of Bexar County, T** <br>Name <br>**100 Dolorosa Street** <br>Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **2020CI07715** | | **San Antonio**   **TX**   **78205** <br> City    State   ZIP Code | |
| 7.2. | Moran-Lavaca, LLC v. Gouger Oil Company LLC | | **10th Judicial District** <br>Name <br>**300 S. 3rd Street, 2nd Floor** <br>Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **D-1010-CV-201900149** | | **Tucumcari**   **NM**   **88401** <br> City    State   ZIP Code | |
| 7.3. | Moran-Lavaca LLC v. Gouger Oil Company LLC | | **10th Judicial District** <br>Name <br>**300 S. 3rd Street, 2nd Floor** <br>Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **D-1010-CV202100054** | | **Tucumcari**   **NM**   **88401** <br> City    State   ZIP Code | |
| 7.4. | Neumeier Drilling Fluids LLC v. Tom Gouger and Gouger Oil Company LLC | | **31st District Court** <br>Name <br>**400 Main Street #203** <br>Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **7604** | | **Canadia**   **TX**   **79014** <br> City    State   ZIP Code | |

Debtor    **Gouger Oil Company LLC**_____    Case number (if known) _____
          Name

|  | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Pason Systems USA Corp. v. Gouger Oil Company LLC** | | **County Court at Law No. 2** <br> Name | ☐ Pending |
| | | | **100 W. Weatherford St.** <br> Street | ☐ On appeal |
| | | | | ☑ Concluded |
| | Case number <br> **2020-007160-2** | | **Fort Worth**    **TX**   **76196** <br> City          State   ZIP Code | |
| 7.6. | Case title <br> **Mesa Well Servicing, LP v. Gouger Oil Company LLC** | Nature of case | Court or agency's name and address <br> **407th District Court** <br> Name | Status of case <br> ☑ Pending |
| | | | **100 Dolorosa Street** <br> Street | ☐ On appeal |
| | | | | ☐ Concluded |
| | Case number <br> **2023-CI-25222** | | **San Antonio**    **TX**   **78205** <br> City          State   ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

| Part 5: | Certain Losses |
|---|---|

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor    **Gouger Oil Company LLC**        Case number (if known) _____
Name

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Martin & Drought, P.C.** | | **11/21/2023** | **$25,000.00** |

     **Address**

     **112 East Pecan Street**
     Street
     **Suite 1616**

     **San Antonio**      **TX**    **78205**
     City         State     ZIP Code

     **Email or website address**
     **mcolvard@mdtlaw.com**

     **Who made the payment, if not debtor?**

     _____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor  **Gouger Oil Company LLC**                                    Case number (if known) _____
Name

## Part 8:  Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- ■ diagnosing or treating injury, deformity, or disease, or

- ■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained  _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
    ☐ No.  Go to Part 10.
    ☐ Yes.  Fill in below:

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor  **Gouger Oil Company LLC**                              Case number (if known) _____
_____Name_____

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

Debtor   **Gouger Oil Company LLC**                                              Case number (if known) _____
         Name

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas M. Gouger, III** | **900 NE Loop 410 Suite D214 San Antonio, TX 78209** | **Manager** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

Debtor  **Gouger Oil Company LLC**_____  Case number (if known) _____
  <sub>Name</sub>

## Part 14: Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/15/2023**_____
  <sub>MM / DD / YYYY</sub>

**X** **/s/ Thomas M. Gouger, III**_____  Printed name  **Thomas M. Gouger, III**_____
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor **Manager**_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In re  **Gouger Oil Company LLC**

Case No.  _____

Chapter  **11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................................. **$25,000.00**

Prior to the filing of this statement I have received....................................................... **$25,000.00**

Balance Due.............................................................................................................. **$0.00**

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __12/15/2023__ | /s/ MICHAEL G. COLVARD |
|---|---|
| *Date* | *MICHAEL G. COLVARD*    Bar No.  04629200 |
| | Martin & Drought, P.C. |
| | Weston Centre |
| | 112 East Pecan Street |
| | Suite 1616 |
| | San Antonio, TX 78205 |
| | Phone: (210) 227-7591 / Fax: (210) 227-7924 |

</div>

__/s/ Thomas M. Gouger, III__
*Thomas M. Gouger, III*
*Manager*

**Fill in this information to identify the case:**

Debtor name    **Gouger Oil Company LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Mesa Southern Well Service LP 1437 E. Street Joudanton, TX 78026 | | ACCOUNT BALANCE | | | | $45,000.00 |
| 2  Jared Moore Cotton Bledsoe Tighe & Dawson 500 Illinois Avenue Midland, TX 79701 | | ACCOUNT BALANCE | | | | $38,000.00 |
| 3  George Cowden, Attorney 17319 San Pedro Avenue Suite 120 San Antonio, TX 78232- | | ACCOUNT BALANCE | | | | $35,000.00 |
| 4  Petroleum Producing Services, LLC P.O. Box 4233 Alice, TX 78333 | | ACCOUNT BALANCE | | | | $19,085.00 |
| 5  Energy Gas Compression, Ltd. 2020 N. Lexington Blvd. Corpus Christi, TX 78409 | | ACCOUNT BALANCE | | | | $11,500.00 |

Debtor  **Gouger Oil Company LLC**_____  Case number (if known) _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Mike Lysse<br>Lysse Gauging Services<br>P.O. Box 366<br>George West, TX 78022 | | ACCOUNT BALANCE | | | | $9,400.00 |
| 7  RWLS LLC<br>P.O. Box 862<br>Levelland, TX 79336 | | ACCOUNT BALANCE | | | | $7,636.32 |
| 8  Texas Downhole Tools<br>164 Leeper Lane<br>Victoria, TX 77904 | | ACCOUNT BALANCE | | | | $1,213.92 |
| 9  Stone Trucking Co. Inc.<br>P.O. Box 277<br>George West, TX 78022 | | ACCOUNT BALANCE | | | | $697.65 |
| 10  Edith K. Muennink<br>P.O. Box 17205<br>San Antonio, TX 78217 | | Sullivan Royalty Owner | | | | $0.00 |
| 11  Edgar Pat O'Neal<br>P.O. Box 780999<br>San Antonio, TX 78278-0999 | | Sullivan Royalty Owner | | | | $0.00 |
| 12  Edgar Pat O'Neal<br>P.O. Box 780999<br>San Antonio, TX 78278-0999 | | Sullivan Royalty Owner | | | | $0.00 |
| 13  Deborah L. Pawlik<br>310 FM 1596<br>George West, TX 78022 | | Sullivan Royalty Owner | | | | $0.00 |

Debtor   **Gouger Oil Company LLC**_____    Case number (if known) _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | David Jennings<br>14898 Pommel<br>Sisters, OR 97759 | | Sullivan Royalty Owner | | | | $0.00 |
| 15 | Darla Smith Donaldson<br>19391 De Marco Rd.<br>Riverside, CA 92508 | | Sullivan Royalty Owner | | | | $0.00 |
| 16 | Daphne Smith<br>830 Coronado Circle<br>Pagosa Springs, CO 81147 | | Sullivan Royalty Owner | | | | $0.00 |
| 17 | Dana Smith<br>3007 Flamingoi Drive<br>Victoria, TX 77901 | | Sullivan Royalty Owner | | | | $0.00 |
| 18 | Cindy S. Ybarra<br>3201 Hollywood Ave.<br>Austin, TX 78722 | | Sullivan Royalty Owner | | | | $0.00 |
| 19 | Carol Lyne Dolan<br>P.O. Box 1578<br>George West, TX 78022 | | Sullivan Royalty Owner | | | | $0.00 |
| 20 | Candida Lara<br>P.O. Box 472<br>Mathis, TX 78368 | | Sullivan Royalty Owner | | | | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Gouger Oil Company LLC**                                    CASE NO

                                                                                            CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/15/2023 _____                Signature   **/s/ Thomas M. Gouger, III** _____
                                                                                            *Thomas M. Gouger, III*
                                                                                            *Manager*

Date _____                                 Signature _____

Alison Sanz
4225 50th Ave. South #205
Seattle, WA 98118


Amy V. Smith
2133 Nodding Pines Dr.
Apt. 1109
Corpus Christi, TX 78414


Anne Marie Mitchell Gorman
P.O. Box 187
Marfa, TX 79843


Ayanna P. Mitchell
4520 York
Witchita Falls, TX 76309


Bexar County Tax Assessor-Collector
P.O.Box 2903
San Antonio, TX 78299-2903


Billie Earl Lynn
540 Bensdale
Pleasanton, TX 78064


Blaire A. Bisbey, Trustee
P.O. Box 1002
Beech Grove, TX 75951


Bruce Robert York
8210 SE 33rd Pl.
Mercer Island, WA 98040


Candida Lara
P.O. Box 472
Mathis, TX 78368

Carol Lyne Dolan
P.O. Box 1578
George West, TX 78022


Cindy S. Ybarra
3201 Hollywood Ave.
Austin, TX 78722


Dana Smith
3007 Flamingoi Drive
Victoria, TX 77901


Daphne Smith
830 Coronado Circle
Pagosa Springs, CO 81147


Darla Smith Donaldson
19391 De Marco Rd.
Riverside, CA 92508


David Jennings
14898 Pommel
Sisters, OR 97759


Deborah L. Pawlik
310 FM 1596
George West, TX 78022


Dominque Hawkins
Brent Dore
Dore Rothberg Law PC
16225 Park Ten Place, Suite 700
Houston, TX 77084

Edgar Pat O'Neal
P.O. Box 780999
San Antonio, TX 78278-0999

Edith K. Muennink
P.O. Box 17205
San Antonio, TX 78217


Energy Gas Compression, Ltd.
2020 N. Lexington Blvd.
Corpus Christi, TX 78409


Eric R. Johnson
124 NW 36th Street
Lawton, OK 73505


Ernest J. Brown
331 W. Frink Road
Mcalester, OK 74501


Frank Malone
c/o Grady Malone
425 Garfield
Corpus Christi, TX 78408


George Cowden, Attorney
17319 San Pedro Avenue
Suite 120
San Antonio, TX 78232-1412


Huberta S. Boyd
50 Townhouse Lane
Corpus Christi, TX 78412


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


J.R. Schneider
10642 Newcroft Place
Helotes, TX 78230

James B. Gouger Trust
630 W. Castano Ave.
San Antonio, TX 78209


James Lonnie Conahan
2050 N. Webb Rd.
Apt. 227
Wichita, KS 67206


James Tausch
690 Fountain View Lane
League City, TX 77573


Janice Irene Ostermeyer
40106 E. 251 St.
Garden City, MO 64747


Jared Moore
Cotton Bledsoe Tighe & Dawson
500 Illinois Avenue
Midland, TX 79701


Jeffrey L. Smith
13095 Fieldstone Loop
Austin, TX 78737


Jeremy J. Sanders
952 Echo Lane, Ste. 380
Houston, TX 77024


Jimmy Jennings
930 Park Avenue
Medford, OR 97501


Joan Darlene Heitzeberg
2587 Overview Place
Boise, ID 83702

John Monty Lyne
P.O. Box 339
George West, TX 78022

John R. Svadlenak
991 Windemere Drive
Salem, OR 97304

Judy R. Troell
7501 CR 261
Zephyr, TX 76890

Kathleen A M Hawkins, Co-Trustee of The
Nancy Leigh Mitchell GST Trust
175 Rio Vist Road
Ingram, TX 78025

Laurie Newsome
818 Seabright Terrace
Midlothian, VA 23114

Loree Dean Svadlenak
P.O. Box 718
Taft, TX 78390

Lyod W. Tapp
101 Mundi Rd.
Azle, TX 76020

Margaret Jennings Hite
381 Elm Grove
McGregor, TX 76657

Mark E. Smith
P.O. Box 283
George West, TX 78022

Martha J. Travers
10812 Wagner Road
Snohomish, WA 98290


Mesa Southern Well Service LP
1437 E. Street
Joudanton, TX 78026


Mike Lysse
Lysse Gauging Services
P.O. Box 366
George West, TX 78022

Mitchell Farm Trust
P.O. Box 211
Calera, OK 74730


Mitzi Staewen
15 Cheshire Court
San Antonio, TX 78218


Moran-Lavaca, LLC
P.O. Box 4848
Shreveport, LA 71134


Mrs. Sandra E. Adams
1224 Belmon St.
Alice, TX 78332


Nancy Cunningham
P.O. Box 513
Nocona, TX 76255-0513


Neal Raymond Lubinski
P.O. Box 843
Manor, TX    78653

Norman Alston
250 County Road 498
Sweeny, TX   77480


Oil Patch Group, Inc.
991 Industrial Park Dr.
Victoria, TX 77905


Pamela Gouger
115 Steel Valley Drive
Boerne, TX   78006


Patricia Holley
11614 N.W. 2nd Drive
Coral Springs, FL   33071


Paula Christine Mitchell Welder
100 E. Hutchinson Street, No. 125
Beevile, TX   78102


Petroleum Producing Services, LLC
P.O. Box 4233
Alice, TX 78333


Randall  Nevill
456 FM 2789
DeKalb, TX   75579


RAYMOND CUNNINGHAM
816 Saddlewood Blvd.
Kerrville, TX   78028


REBECCA CUNNINGHAM CLARK
3811 SHOREWOOD DRIVE
ARLINGTON, TX   76016

Richard Albert Kuhn
1295 Bordousky Road
La Grange, TX    78945


Robert E. Jenkins
2221 Justin Rd. #119-480
Flower Mound, TX 75028


Robert J. Kuhn Estate
P.O. BOX 532
Bastrop, TX    78602


Ronny Gene Altman, Trustee
15 West Sixth St.  #2301
Tulsa, Ok    74119-5457


Rufus R. Lyne
P.O. Box 518
George West, TX    78022


RWLS LLC
P.O. Box 862
Levelland, TX 79336


Sandhya Gouger
 315 Ricardo Place
La Jolla, CA    92037


Sara Lyne McSpadden
4105 86th Street
Lubbock, TX    79423


STEVEN R. SVADLENAK
624 Romany Road
Kansas City, MI    64113

Stone Trucking Co. Inc.
P.O. Box 277
George West, TX 78022

Terry K. Smith
PO Box 543
George West, TX   78022

Texas Comptroller of Public Accounts
P.O. Box 13528
Austin, TX 78711-3528

Texas Downhole Tools
164 Leeper Lane
Victoria, TX 77904

The Conahan-Guynn Living Trust
203 Potter Lane
Georgetown, TX   78633

Tom M. Gouger III
17 Bitterblue Lane
San Antonio, TX   78218

Tom Malone
5513 E. Partridge Lane
N. Little Rock, AR   72118-1716

Tracey L. Smith
19908 Bluehill Pass
Helotes, TX   78023

United States Attorney
Taxpayer Division
601 NW Loop 410, Suite 600
San Antonio, TX 78216-5512

United States Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530-0001


W.R. RUTHFORD SR FAMILY BENEVOLENT TRUST
22406 Crescent Cove Ct.
Katy, TX   75007


Wesley O. Pool
Pool Law Firm, P.C.
201 Innsdale Terrace
Clovis, NM 88101-3061

William A. Smith II
PO Drawer 1520
George West, TX   78022


William R. Rutherford
25026 Almond Orchard Lane
Katy, TX   77494


William R. Smith, Jr.
14022 Pinerock
Houston, TX   77079


Wm A. Rookstool Trust 4/01/91
3900 Cactus Court
Edmond, OK   73013


XTO Energy
P.O. Box  840780
Dallas, TX   75284-0780